IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-423 |
| | ) | |
| DEYANIRA ARAUJO | ) | |

# GOVERNMENT'S SENTENCING MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Brendan J. McKenna, Assistant United States Attorney for said District, and hereby submits this sentencing memorandum to the Court.

The Defendant, Deyanira Araujo, entered a plea of guilty to Counts One and Two of the Indictment at Criminal No. 21-423, admitting to conspiracy to commit an offense against the United States and to making a false statement in connection with the acquisition of a firearm, in violation of 18 U.S.C. §§ 371 and 922(a)(6), respectively. The Presentence Investigation Report (ECF No. 110 hereinafter "PIR") revealed that the Defendant falls under Criminal History Category (CHC) I and has a total offense level of 13. PIR at ¶¶ 31, 35. A CHC I and total offense level 13 establishes an advisory Guideline range of imprisonment of 12-18 months.

Pursuant to 18 U.S.C. § 3561(c)(1), the Defendant is eligible for not less than one nor more than five years of probation. Indeed, the Defendant's sentencing materials request that this Court impose a non-incarceration sentence. After considering the factors set forth in 18 U.S.C. 3553(a), in addition to those matters submitted by the Defendant, the government submits that the Court has

all the information it needs to craft a sentence that is sufficient but not greater than necessary to impose a just sentence in this case.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

s/*Brendan J. McKenna*
BRENDAN J. MCKENNA
Assistant U.S. Attorney
U.S. Attorney's Office
700 Grant Street
Pittsburgh, PA 15219
Brendan.McKenna@usdoj.gov
PA ID No. 314315